Smith and another, executors of the will of Margaret J. Myers, deceased. No opinion. Decree affirmed, without costs. All concur.

STABENAU v. ATLANTIC AVE. R. CO. (Supreme Court, General Term, Second Department. July 26, 1895.) Action by Wilhelm Stabenau against the Atlantic Avenue Railroad Company. No opinion. Judgment and order affirmed, with costs. All concur.

STEVENS v. MELCHER. (Supreme Court, General Term, First Department. December, 1894.) Action by Charles G. Stevens against John L. Melcher. No opinion. See memorandum on settlement of order. Memorandum for settlement of order: First. A reference will not be ordered as to insurance premiums, as those only can be allowed which the record before us shows were paid; second, as to such amounts, we understand Mr. Zabriskie's statement to be correct; third, in respect to the $90,000, the order will be in accordance with the suggestions in Mr. Hoadley's proposed order; fourth, adopting such course as to the $90,000, there would seem to be no occasion for striking out from the adjudication designated "tenth," "that the said $100,000 and interest thereon were paid on the 6th day of March, 1894," but it should be modified by adjudging that said legacy was not fully paid on the 6th day of March, 1894.

STOKES, Respondent, v. STOKES, Appellant. (Superior Court of New York City, General Term. March, 1895.) Action by William E. D. Stokes against Edward S. Stokes. Defendant's exceptions ordered to be heard in the first instance at general term. E. Cowen, for appellant. G. H. Adams, for respondent.

PER CURIAM. The court being divided, the defendant's exceptions are overruled, and judgment for plaintiff is ordered, with costs.

SUTHERLAND v. CITY OF BROOKLYN et al. (Supreme Court, General Term, Second Department. June 14, 1895.) Action by John Sutherland against the city of Brooklyn, impleaded with others. No opinion. Order reversing judgment and granting new trial, with costs to the appellant to abide the event. See 33 N. Y. Supp. 959.